Hunter H. Hoestenbach (CA Bar No. 249130)
**HOESTENBACH LAW**
501 W. Broadway Ste. A230
San Diego, CA 92101-3536
Tel: 619.940.4868 / Fax: 619.546.9490
E-mail: Hunter@HoestenbachLaw.com

Attorney for Defendant
Legal Recovery Law Offices, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE HICKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., ET. AL.,<br><br>    Defendants. | Case No. 8:13-cv-01620-DOC-JPR<br><br>RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>Judge:    Hon. David O. Carter<br>Ct.:      9D<br><br>Location: U.S. Courthouse<br>          411 W. 4th St.<br>          Santa Ana, CA 92701 |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff STEPHANIE HICKEY and defendant LEGAL RECOVERY LAW OFFICES, INC., by and through their respective counsel, hereby stipulate and agree to dismiss with prejudice the entire action against all defendants.

Dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed. *See*

*e.g., U.S. v. Real Property Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1145 (9th Cir. 2008). Rule 41(a) is not limited to the dismissal of an entire action against all defendants. *Hells Canyon Preservation Council v. U.S. Forest Service*, 402 F.3d 683, 687 (9th Cir. 2005). The 9th Circuit extends the rule to permit dismissal of an entire action against individual defendants. *Id.*

Plaintiff STEPHANIE HICKEY and defendant LEGAL RECOVERY LAW OFFICES, INC. further stipulate and agree each shall bear their own fees and costs.

**THE BELOW SIGNED STIPULATE AND AGREE TO ALL THE ABOVE.**

Date: 12/24/2013              /s/ Aidan W. Butler
                              Attorney for Plaintiff

Date: 12/24/2013              /s/ Hunter H. Hoestenbach
                              Attorney for Defendant

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Aidan Butler, counsel for plaintiff, and that I have obtained Mr. Butler's authorization to affix his electronic signature to this document.

Dated: December 24, 2013       /s/ Hunter H. Hoestenbach
                               Attorney for Defendant

**HHH**