JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  SACV 13-1620-DOC(JPRx)                                Date  January 10, 2014

Title  STEPHANIE HICKEY -V- LEGAL RECOVERY LAW OFFICES INC.

Present: The Honorable  DAVID O. CARTER

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                                 Not Present

Proceedings:   (In Chambers)   ORDER CLOSING CASE

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated December 30, 2013 (Stipulation to Dismiss Case filed 12/30/13.)   Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within days. Make JS-6.

☐   Other:

                                                                                          :    00

                                                              Initials of Preparer   jcb